No. 01–5358.  HARRIS *v.* UNITED STATES.  C. A. 11th Cir. Certiorari denied.

No. 01–5625.  QURESHI *v.* UNITED STATES.  C. A. 7th Cir. Certiorari denied.

No. 01–5663.  COLEY *v.* UNITED STATES.  C. A. 3d Cir.  Certiorari denied.

No. 01–6025.  AZAGRA *v.* UNITED STATES.  C. A. 11th Cir. Certiorari denied.

No. 01–6038.  WALKER *v.* UNITED STATES.  C. A. 11th Cir. Certiorari denied.

No. 01–6174.  PRICE *v.* UNITED STATES.  C. A. 11th Cir.  Certiorari denied.

No. 01–6437.  SUTHERLAND *v.* ILLINOIS.  App. Ct. Ill., 1st Dist. Certiorari denied.

No. 01–6441.  PARKER *v.* FLORIDA.  Sup. Ct. Fla.  Certiorari denied.

No. 01–6757.  ESPINOZA *v.* UNITED STATES.  C. A. 7th Cir. Certiorari denied.

No. 01–6811.  STERLING *v.* TEXAS.  Ct. Crim. App. Tex.  Certiorari denied.

No. 01–6817.  BARTON *v.* UNITED STATES.  C. A. 5th Cir. Certiorari denied.

No. 01–6825.  AYALA-GOMEZ *v.* UNITED STATES.  C. A. 11th Cir.  Certiorari denied.

No. 01–6829.  STEPHENSON *v.* INDIANA.  Sup. Ct. Ind.  Certiorari denied.

No. 01–7043.  WILSON *v.* MAYNARD, DIRECTOR, SOUTH CAROLINA DEPARTMENT OF CORRECTIONS.  Ct. Common Pleas of Greenwood County, S. C.  Certiorari denied.

No. 01–7046.  THOMAS *v.* KAPTURE, WARDEN.  C. A. 6th Cir. Certiorari denied.